# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>Jeffrey Donald Black<br>*Defendant(s)* | )<br>)<br>) Case No. 3:20-mj- 344<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   2018 through 11/18/2020   in the county of   Mecklenburg   in the Western District of   North Carolina  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846, 841(a), and (b)(1)(A) | Conspiracy to PWID methamphetamine (500+ grams) |
| 21 U.S.C. 841(a) and (b)(1)(C) | PWID controlled substances |
| 21 U.S.C. 841(a) and (b)(1)(B) | PWID methamphetamine (50+ grams) |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

/s/ M. Clint Bridges
*Complainant's signature*

M. Clint Bridges, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Signed: November 25, 2020

David C. Keesler
United States Magistrate Judge

Date: 11/25/2020

City and state:   Charlotte, North Carolina      Honorable David C. Keesler, U.S. Magistrate Judge
*Printed name and title*