# ATTACHMENT A:
## Affidavit in Support of Criminal Complaint and Arrest Warrant for Jeffrey Donald Black

I, M. Clint Bridges, Task Force Officer (TFO), U.S. Drug Enforcement Administration (DEA), presently assigned to Charlotte, North Carolina, being duly sworn, state:

## BACKGROUND/INTRODUCTION

1. I am a Task Force Officer in the State of North Carolina within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Titles 18, 19, 21, 31 of the United States Code and other related offenses. I am also a Detective with the Gastonia Police Department (GPD) and have been a police officer since December 2002. I am currently assigned as a Task Force Officer for the U.S. Drug Enforcement Administration (DEA).

2. As a Detective and Task Force Officer assigned to DEA, I have investigated street-level distributors and large-scale drug trafficking organizations utilizing many investigative techniques. I have actively participated in multiple narcotics investigations, undercover drug purchases, searches and seizures, surveillance, intelligence analysis, drug reversals, conspiracy investigations, arrests, and interviews and interrogations. I have obtained and executed search warrants, conducted interviews of suspects, and utilized confidential informants to conduct numerous investigations. I have conducted multiple investigations regarding the unlawful importation, possession, and distribution of controlled substances and conspiracies associated with criminal narcotics, in violation of state and federal offenses. I have also conducted multiple investigations regarding bulk cash smuggling and money laundering, which are commonly derived from money proceeds of narcotics trafficking. Based upon my training and experience, I am familiar with narcotic traffickers' methods of operation, including the distribution, storage, and

transportation of narcotics as well as the collection and concealment of money proceeds of narcotics trafficking.

3. As a result of my personal participation in the investigation of matters referred to in this Affidavit, and based upon reports made to me by other law enforcement officials, I am familiar with the facts and circumstances of this investigation. The information contained in this Affidavit is provided for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for the above-captioned Defendant; therefore, I have not included each and every fact known to me concerning this investigation.

## SYNOPSIS OF INVESTIGATION

4. Defendant Jeffrey Donald BLACK has prior convictions for, among other things, Larceny on 10/3/2017; Larceny on 8/12/2008; Communicating Threats on 11/28/2007; Robbery with Dangerous Weapon and Involuntary Manslaughter on 8/6/1997; and Assault Inflicting Serious Injury on 6/22/1995.

5. On October 24, 2018, CMPD officers executed a search warrant at the Airport Inn (room 161) located at 4330 Keeter Drive, Charlotte, rented by Defendant Jeffrey Donald BLACK. As the law enforcement team neared, they saw BLACK and a female exit. When they arrested BLACK, they found $502 in cash on his person and a bag with 23.78 grams of methamphetamine, one with 1.62 grams of heroin, and 0.18 gram of cocaine in his underwear. In BLACK's green Escalade, they found a plastic baggie stuffed behind a cup holder that contained 3.98 grams of methamphetamine as well as two stacks of cash ($1,500 and $1,750) folded with rubber bands around them, concealed behind the radio to the back right of the driver's floorboard.

6. On December 16, 2019, an interview was conducted with a co-conspirator and cooperating defendant ("CD #1"), who has since pleaded guilty in this district. During the

interview, CD #1 explained that Jeff BLACK was involved in distributing methamphetamine, cocaine, and heroin in the Charlotte area. CD #1 was the girlfriend of CD #2, who has also since pleaded guilty in this district, and advised that CD #2 was a regular customer of BLACK. CD #1 admitted specifically being present during drug transactions between CD #2 and BLACK at BLACK'S residence.

7. On February 18, 2020, an interview was conducted with a third cooperating defendant ("CD #3"), who has since pleaded guilty in this district. During that interview, CD #3 explained her involvement in the drug trafficking activities in the Charlotte area. As part of that interview, CD #3 described her experience and knowledge of Jeff BLACK as a drug source of supply in Charlotte. CD #3 learned that BLACK was a drug source of supply through CD #2 CD #2 routinely purchased methamphetamine and cocaine from BLACK. According to CD #3, she was an associate of CD #2 and had been present during drug transactions between CD #2 and BLACK. CD #3 also attempted to broker drug transactions between BLACK and other local distributors.

8. The investigative team has been able to corroborate the statements of CD #1 and CD #3 to the extent possible, with nothing being found to be untruthful; thus, I submit they are credible and reliable.

9. A confidential informant ("CI") – who agreed to cooperate with the investigation, making statements against his/her own penal interest – said that he/she had obtained at least 28 ounces (784 grams) of methamphetamine from Defendant BLACK on approximately 14 occasions over the prior month, and the drugs seized from the CI was the remainder of a half-pound of methamphetamine he/she obtained from BLACK. The CI had been present on two occasions when BLACK provided a pound of crystal methamphetamine each time to another co-conspirator.

10. On November 18, 2020, the investigative team utilized the aforementioned CI to conduct a controlled purchase of two ounces (approximately 56 grams) of methamphetamine (and a small amount of heroin) from Defendant BLACK at his residence in Mecklenburg County.

## CONCLUSION

Based upon training, experience, and the facts of this investigation, I submit that there is probable cause for a criminal complaint against, and arrest warrant for Defendant Jeffrey Donald BLACK, for conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, U.S. Code, Sections 846, 841(a), and 841(b)(1)(A); possession with intent to distribute heroin, methamphetamine, and cocaine on October 24, 2018, in violation of Title 21, U.S. Code, Sections 841(a) and 841(b)(1)(C); and distribution of 50 grams or more of methamphetamine on November 18, 2020, in violation of Title 21, U.S. Code, Sections 841(a) and 841(b)(1)(B); therefore, I request that the Court issue the same.

/s/ M. Clint Bridges                    .
AFFIANT, TASK FORCE OFFICER M. CLINT BRIDGES
U.S. DRUG ENFORCEMENT ADMINISTRATION

*AUSA Steven R. Kaufman has reviewed this Affidavit.*

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 25th day of November, 2020, at 1:45 pm

Signed: November 25, 2020

David C. Keesler
United States Magistrate Judge