IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:20-cr-████-FDW |
| ) | CHARLOTTE, NC |
| v. ) | |
| ) | <u>UNDER SEAL</u> DEC 15 2020 |
| (1) JEFFREY DONALD BLACK *et al* ) | US DISTRICT COURT |
| ) | WESTERN DISTRICT OF NC |

## ORDER SEALING INDICTMENT, WARRANTS, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Bill of Indictment, the Arrest Warrants, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Bill of Indictment, the Arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office via email to Steven.Kaufman@usdoj.gov.

SO ORDERED this 15th day of December 2020.

THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE