IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:20-cr-426-FDW |
| | ) | |
| v. | ) | |
| | ) | GOVERNMENT'S |
| JEFFREY DONALD BLACK | ) | SENTENCING EXHIBITS |
| | ) | |

NOW COMES the United States of America, by and through William T. Stetzer, Acting United States Attorney for the Western District of North Carolina, and submits this set of Exhibit, which were provided by the U.S. Probation and Defense Counsel to the Court during the sentencing hearing today:

- Indictment and Judgment for Robbery with Dangerous Weapon in Docket Number 97-CRS-007681 (date of offense 1/9/1997)

- Indictment and Judgment for Attempted Robbery with Dangerous Weapon in Docket Number 97-CRS-117287 (date of offense 1/13/1997)

- Indictment and Judgment for Breaking & Entering in Docket Number 17CRS050352 (date of offense 8/3/2016)

- Indictment and Judgment for Breaking & Entering in Docket Number 16CRS062729 (date of offense 8/4/2016)

- Transcript of plea to both Breaking & Entering convictions at issue

RESPECTFULLY SUBMITTED this 27th day of October 2021.

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

**/s/ Steven R. Kaufman**
STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY
227 W. Trade St., Suite 1650, Charlotte, NC 28202
(704) 338-3117 (direct); (704) 227-0254 (fax)
Steven.Kaufman@usdoj.gov