IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:20cr426

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NOTICE OF ADMINISTRATIVE |
| v. ) | FORFEITURE AND DISPOSITION |
| ) | OF CURRENCY |
| ) | |
| (1) JEFFREY DONALD BLACK ) | |

NOW COMES the United States of America, by and through William T. Stetzer, Acting United States Attorney for the Western District of North Carolina, and hereby gives notice that the firearms listed in the Consent Order and Judgment of Forfeiture (Doc. 52) and subject to forfeiture herein have been forfeited administratively by the investigative agency. Also, the currency listed in the consent Order and Judgment of Forfeiture (Doc. 52) was seized by investigative agency and will be returned to the investigative agency's buy fund. Accordingly, there is no need for any further order of forfeiture regarding this asset.

This the 3rd day of November, 2021.

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

/s/ Seth Johnson
J. Seth Johnson
NC Bar # 53217
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 338-3159
Email: seth.johnson@usdoj.gov